UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| GENE HACKER | § | |
| | § | |
| v. | § | CIVIL NO. 4:21-CV-668-SDJ |
| | § | |
| HOME DEPOT, U.S.A., INC. | § | |

## ORDER

The Court has considered the parties' Joint Motion to Dismiss with Prejudice, (Dkt. #28), and concludes that the motion should be granted.

It is therefore **ORDERED** that the motion is **GRANTED**.

It is further **ORDERED** that all claims asserted by Plaintiff Gene Hacker against Defendant Home Depot U.S.A., Inc. in this action are dismissed with prejudice, with each party bearing its own costs and fees. The Clerk is directed to close this civil action.

**So ORDERED and SIGNED this 27th day of July, 2022.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE